**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:11-cv-2499 |
| | § | |
| vs. | § | |
| | § | JURY DEMANDED |
| ERIC WHITE, ET AL., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Farouk Systems, Inc. files this Certificate of Interested Parties listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. The names of each corporation whose securities are publicly traded are underlined.

1.    Farouk Systems, Inc.

2.    Eric White

3.    Asa Joseph

4.    Stephanie Kraham

5.    Juan Araujo

6.    Idan Ben Harush

7.    Alberto Navarrette

8.    Juana Gamboa

9.    Ashley Sutti a/k/a Ashley M. Paschall

10.    Mara Bauer

11.    Alba Calderon

12    Brett Huckins

1

2

13.     Adelina Cantu

14.     Diana Caso

15.     Joe Silva

16.     Pedro Silva

17.     Marth E. Silva

18.     Mario Flores

19.     Hector Ramos

20.     Deborah G. Tenorio

21.     Cecilia Gonzalez

22.     Jose Rios

23.     Clara T. Lara

24.     Daniel Pena

25.     Nghia Troung

26.     Ana Campos

27.     Joaquin Guzman

28.     Ester Estrada

29.     Iraida Bode

30.     Gilmar Zamora

31.     Ricardo Aguirre a/k/a Sauirre Aguirre

32.     Elizabeth Steele

33.     Sandra Medina

34.     Jaime Heredia

35.     Bayme Edda

36.     Richard Kalisch

37.     Noe Muniz

38.     Sigifredo Torres

39.     Brenda Lopez

40.     Consuelo Valdez

41.     Daniel Palacios

42.     Nacim Elias

43.     Paola Perez de Leon

44.     Jamie R. Vazquez

45.     Maor Perez

46.     Dan Sarabia

47.     Mary Ann Morales

Respectfully submitted,

GREENBERG TRAURIG LLP

By: /Anthony F. Matheny/
    Anthony Matheny
    Attorney-In-Charge
    Texas State Bar No. 24002543
    S.D. Texas Admission No. 303157
    1000 Louisiana, Suite 1700
    Houston, Texas   77002
    Tel:  (713) 374-3583
    Fax:  (713) 754-7583

Of Counsel:

Ben D. Tobor
Texas State Bar No. 20050900
S.D. Texas Admission No. 5254
Mark Chretien
Texas State Bar No. 24036364
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  713-374-3568
Facsimile:  713-754-7568

      ATTORNEYS FOR PLAINTIFF
      FAROUK SYSTEMS, INC.