United States District Court
Southern District of Texas
FILED

AUG 0 9 2011

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-2499 |
| | § | |
| ERIC WHITE, et al., | § | |
|     Defendants. | § | |

## CERTIFICATE OF INTERESTED PARTIES

To the Honorable Judge of said Court:

COMES NOW, Eric White, one of the Defendants in this case and makes the following declaration:

Defendant, Eric White is an interested person. So is Plaintiff, Farouk Systems, Inc. The same applies to all other Defendants. Defendant, Eric White, knows of no other interested persons.

Respectfully Submitted:

_____
Tom Shipp
SBOT: 18271000
9810 FM 1960 Bypass, Suite 170
Humble, Texas 77338
(281) 540-8989
(281) 540-2919 Fax

Attorney for Defendant, Eric White

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing document has been delivered to Anthony F. Matheny located at 1000 Louisiana, Suite 1700, Houston, Texas 77002 on the 9th day of August 2011 via certified mail, electronic filing and/or facsimile to 713-374-7583.

_____
Tom Shipp